**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 19 WM 2022

              Respondent        :

                     v.            :

JEROYD CONYERS,               :

              Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of July, 2022, the "King"s [sic] Bench" is DENIED.